**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MARY J.B. EIDELMAN, ESQUIRE, | : | No. 68 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the Lehigh |
| | : | County Court of Common Pleas, Civil |
| | : | Division, at No. 2016-C-132 dated May |
| v. | : | 31, 2016. |
| | : | |
| | : | |
| TIMONEY KNOX, LLP, RICHARD L. | : | |
| CAPLAN, ESQ., THE LAW OFFICES OF | : | |
| TODD MOSSER, PLLC, TODD MOSSER, | : | |
| ESQ. III, AND PAUL ABELN, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                              **DECIDED:  May 22, 2017**

AND NOW, this 22nd day of May, 2017, the order of the Lehigh County Court of Common Pleas dated May 31, 2016 is **REVERSED** based on our decision in *Villani v. Seibert*, 66 MAP 2016 (Pa. April 26, 2017), and the matter is **REMANDED** for further proceedings.

The Motion to Quash is **DENIED**.